UNITED STATES BANKRUPTCY COURT
Central District Of California (San Fernando Valley)

IN RE:  
Debtors: Adrian C Caino

Case No.: 12-14681  
Loan Number (Last 4): 3692

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | The Bank of New York Mellon, et al |
|---|---|
| | c/o Prober & Raphael, A Law Corp. |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 4 |
| Lewisville, TX 75067 | Amount of Claim: $49,038.25 |
| | Date Claim Filed: 10/03/2012 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 5122 |
| Last Four Digits of Acct #: 3692 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive  
Lewisville, TX 75067

Phone: 877-782-7612  
Last Four Digits of Acct #: 3692

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bill Taylor                  Date: 05/28/2014  
Authorized Filing Agent  
(Approved by: Megan Koza)

Specific Contact Information:  
P: 877-782-7612  
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

451506-7163df9b-c732-4a0e-9b62-400f92ec98e0